FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 06, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER JANEQUA SWAY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SPOKANE TRANSIT<br>AUTHORITY, paratransit service,<br><br>　　　　　　Defendant. | NO:  2:18-CV-137-RMP<br><br>ORDER DISMISSING COMPLAINT |

By Order filed July 5, 2018, the Court advised Plaintiff of the deficiencies of her Complaint and directed her to amend or voluntarily dismiss within sixty (60) days.  ECF No. 5.  Specifically, Plaintiff did not present sufficient facts to support an inference that Defendant acted with intent or purpose to discriminate against her based upon her membership in a protected class.  Plaintiff is proceeding *pro se* and *in forma pauperis*; Defendant has not been served.

The Court cautioned Plaintiff that if she failed to amend as directed or to voluntarily dismiss, the Complaint would be dismissed for failure to state a claim upon which relief may be granted, which may adversely affect Plaintiff's future

ORDER DISMISSING COMPLAINT ~ 1

ability to proceed *in forma pauperis*. Plaintiff has not filed anything further in this action.

Therefore, for the reasons set forth above and in the Court's previous Order, ECF No. 5, **IT IS ORDERED** that the Complaint, ECF No. 4, is **DISMISSED WITH PREJUDICE** for failure to state a claim under 28 U.S.C. § 1915(e)(2).

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment, forward copies to Plaintiff, and close the file. The Court certifies that any appeal of this dismissal would not be taken in good faith.

**DATED** September 6, 2018.

                                 *s/ Rosanna Malouf Peterson*
                                 ROSANNA MALOUF PETERSON
                                       United States District Judge